1  TIMOTHY J. RYAN (SBN 101309)
   TIMOTHY J. RYAN & ASSOCIATES
2  8072 WARNER AVENUE
   HUNTINGTON BEACH, CALIFORNIA 92647
3  TELEPHONE (714) 898-4444
   FAX (714) 891-5802
4
5  Attorneys for Plaintiff, KATHERINE SACCIO

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 KATHERINE SACCIO,                ) CASE NO.: SACV10-01872 CJC (MLGx)
                                    )
12              Plaintiff,          ) PLAINTIFF'S NON OPPOSITION
                                    ) TO DEFENDANT'S MOTION
13 vs.                              ) TO DISMISS
                                    )
14 TARGET CORPORATION,              ) Date:     January 9, 2012
   and DOES 1 through 20,           ) Time:     1:30 p.m.
15 inclusive,                       ) Location: Courtroom 9B
                                    )
16              Defendants.         )
                                    ) Hon. Cormac J. Carney
17                                  )
                                    )
18 ─────────────────────────────────

19
   **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**
20
         PLEASE TAKE NOTICE that, Timothy J. Ryan of Timothy J. Ryan &
21
   Associates, files a Non-Opposition to Defendant's Motion to Dismiss for Failure
22
   to Prosecute.
23

24
   //
25
   //
26

27 ─────────────────────────────────────────────────────────────
         PLAINTIFF'S NON OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
28                                    1

## DECLARATION OF TIMOTHY J. RYAN, ESQ.

TIMOTHY J. RYAN declares:

I, TIMOTHY J. RYAN, declare and state as follows:

I am an attorney at law, duly licensed to practice before the courts in the State of California and am with the law office of Timothy J. Ryan & Associates, attorneys of record for plaintiff, KATHERINE SACCIO. I have personal knowledge of the matters asserted in this declaration and if called upon to testify, I could and would competently testify thereto in a court of law.

Plaintiff has failed to respond to any and all of Counsel's communication attempts regarding appearances or discovery in this case for over 90 days, preventing said attorneys from acting in the continued best interest of the Plaintiff.

On December 5, 2011, Counsel had attempted to reach Plaintiff via her last known telephone number. Plaintiff did not answer and a voice-mail was left.

On December 5, 2011, Counsel had confirmed that 6626 Westminster Boulevard #242, Westminster, CA 92683 was Plaintiff's current residence.

On December 6, 2011, Counsel had the Plaintiff served with moving papers to Withdraw as Counsel and had again urged the Plaintiff to contact our office immediately. To date, we have not had any communication from the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2011, Huntington Beach, California.

_____
TIMOTHY J. RYAN
Declarant

---

PLAINTIFF'S NON OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
2

## PROOF OF SERVICE
### (C.C.P. Section 1013a(3))

STATE OF CALIFORNIA     )
                        )ss.
COUNTY OF ORANGE        )

I am over the age of 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My residence or business address is 8072 Warner Avenue, Huntington Beach, California 92647.

On **December 19, 2011**, I mailed from Huntington Beach, California the following documents: **PLAINTIFFS NON OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

I served the documents on the person or persons below as follows:

| | |
|---|---|
| Matthew J. Vande Wydeven<br>Trachtman & Trachtman<br>24701 Los Altos, Suite 300<br>Mission Viejo, CA 92691 | Attorneys for Defendant, Target Corporation<br><br>Telephone: (949) 282-0100<br>Facsimile: (949) 282-0111<br>Email: mvande@trachtmanlaw.com |
| Katherine Saccio<br>6626 Westminster Bl. #242<br>Westminster, CA 92683 | Plaintiff |

(X)  **BY MAIL** I enclosed the documents in a sealed envelope or package addressed to persons listed by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

(X)  **BY ELECTRONIC SERVICE** I caused the documents to be sent to the persons at the electronic service listed.

(X)  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **December 19, 2011** at **Huntington Beach, California.**

_____
Rosey Williams

---

PLAINTIFF'S NON OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
3