UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 10-01872-CJC(MLGx)                                        Date: March 9, 2012

Title: <u>KATHERINE SACCIO,  V. TARGET STORES,  ET AL.,</u>
========================================================================

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Dwayne Roberts</u>                         <u>    N/A    </u>
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER OF RECUSAL**


      This case was closed by Judge Carney on December 22, 2011.  It now has come to Judge Carney's attention that he had a small financial interest in Target Stores at the time he closed the case.  Judge Carney believes, since he was unaware of his financial interest, that his financial interest did not affect the outcome of the case nor could it be reasonably questioned that it did so.  In any event, Judge Carney hereby recuses himself from this case because of his financial interest and this case will be reassigned to another judge in the event this case is reopened for any reason.


CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                                                       Initials of Deputy Clerk  <u>dr</u>